IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| MANAUSA | : | 02-1427 |
| SCHAEFER | : | 02-1463 |
| HEDDON | : | 02-1503 |
| JEFFRIES | : | 02-1533 |
| COULSON | : | 02-1583 |
| CAMACHO | : | 02-1597 |
| SMAGNER | : | 02-1661 |
| BENEVENTO | : | 02-1664 |
| MARTIN | : | 02-1800 |
| BOROSKY | : | 02-1802 |
| WILLIS | : | 02-1959 |
| WALKER | : | 02-2000 |
| LEWIS | : | 02-2195 |
| CALVILLO | : | 02-2288 |
| DAVENPORT | : | 02-2301 |
| MOORE | : | 02-2322 |
| BLAKEMAN | : | 02-2375 |
| LEVINE | : | 02-2437 |
| LAPERA | : | 02-2438 |
| STROMAN | : | 02-2461 |
| ESTES | : | 02-2483 |
| GRACIA | : | 02-2530 |
| GARDUNO | : | 02-2536 |
| GRANTHAM | : | 02-2537 |
| HERNANDEZ | : | 02-2590 |
| SUMMERS | : | 02-3063 |
| HAMMAD | : | 02-3080 |
| GARCIA | : | 02-3118 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[     ]     -     Order staying these proceedings pending disposition of a related action.

[     ]     -     Order staying these proceedings pending determination of arbitration proceedings.

[     ]     -     Interlocutory appeal filed.

[ X ]     -     Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.


It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Robert F. Kelly, Judge**